

FILED

JUL 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS GARCIA,<br><br>Defendant. | CASE NO. CR F 00-5428 OWW<br>**NEW CASE NO. CV F 00-5428 LJO**<br><br>**ORDER TO RELATE AND REASSIGN CASE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS GARCIA-QUINTERO,<br><br>Defendant. / | CASE NO. CR F 10-116-1 LJO<br><br>**ORDER TO RELATE CASE** |

On the basis of good cause, as this Court set forth on the record on June 18, 2010, this Court REASSIGNS *United States v. Jose Luis Garcia*, Case No. 1:00-cr-5428-OWW from United States District Judge Oliver W. Wanger to United States District Judge Lawrence J. O'Neill. All further papers shall bear the new case number **CR-F-00-5428 LJO.**

///

///

1

1  In addition, this Court DIRECTS the clerk of court to RELATE the above captions cases, and
2  to FILE this order on the docket of both actions.
3
4  IT IS SO ORDERED BY TRANSFERRING JUDGE
5
6  Dated: July 21, 2010
   _____
   UNITED STATED DISTRICT JUDGE
7
8  IT IS SO ORDERED BY ACCEPTING JUDGE
9  Dated: July 21, 2010
   _____
   UNITED STATED DISTRICT JUDGE